Thursday, July 14, 1988

## MOTION DOCKET

**88-405.** State, ex rel. Corrigan, v. Hughes. In Quo Warranto. On motion for stay. Motion granted.

Holmes, J., dissents.

Wright, J., not participating.

Friday, July 15, 1988

## MOTION DOCKET

**86-193.** State v. Steffen. *Hamilton County,* No. C-830445. Reported at 31 Ohio St. 3d 111, 31 OBR 273, 509 N.E. 2d 383. Upon consideration of the motion filed by counsel for appellant to stay the execution of sentence in the above-styled cause pending the exhaustion of state post-conviction remedies, IT IS ORDERED by the court that said motion be, and the same is hereby granted, effective July 14, 1988.

IT IS FURTHER ORDERED by the court that said stay is granted for a period of six months to allow appellant an opportunity to file a petition for post-conviction relief. Absent such a filing within said time period, this stay will expire, and no further time will be granted except in unusual circumstances.

IT IS FURTHER ORDERED by the court that if a petition for post-conviction relief has been filed within the time allotted, a date-stamped copy of such petition shall be filed by appellant with the Clerk of this court, and this stay shall remain in effect until exhaustion of all state post-conviction proceedings, including any appeals.

IT IS FURTHER ORDERED by the court that the compliance with the mandate and execution of sentence be, and the same are hereby, stayed for a period of six months or, if a petition for post-conviction relief is filed within that time period, pending the exhaustion of all proceedings for post-conviction relief before courts of this state.

**87-1900.** Barton v. Shupe. In Mandamus. Reported at 37 Ohio St. 3d 308, 525 N.E.

2d 812. On motion for temporary stay. Motion denied.

Holmes, J., dissents.

Moyer, C.J., would grant the motion pending the full briefing of the motion for reconsideration.

Wright, J., not participating.

## REHEARING DOCKET

**87-1900.** Barton v. Shupe. In Mandamus. Reported at 37 Ohio St. 3d 308, 525 N.E. 2d 812. On motion for reconsideration and/or clarification. Motion denied.

Moyer, C.J., dissents.

Holmes, J., would grant the motion for clarification.

Wright, J., not participating.

## MISCELLANEOUS DISMISSALS

**88-340.** Armstrong/Mahan Joint Venture v. Ohio Dept. of Admin. Serv. *Franklin County,* No. 87AP-1073. Cause dismissed, on application of counsel for appellants, effective July 14, 1988.

**88-1118.** State, ex rel. Blodgett, v. Kennedy. In Prohibition. Cause dismissed, on application of counsel for relator, effective July 14, 1988.

Wednesday, July 27, 1988

## MISCELLANEOUS DISMISSALS

**87-1848.** Olen Corp. v. Franklin Cty. Bd. of Elections. *Franklin County,* No. 87AP-998. Cause dismissed, on application of counsel for appellants, effective July 14, 1988.

**88-882.** Jeep Corp. v. Limbach. Appeal from the Board of Tax Appeals, No. 85-B-838. Cause dismissed, on application of counsel for appellant, effective July 19, 1988.

**88-965.** State v. McNamara. *Hamilton County,* No. C-870139. *Sua sponte,* cause dismissed for want of prosecution, effective July 15, 1988.